**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6764**

---

JAMAL A. AZEEZ,

Plaintiff - Appellant,

versus

KRISTEN KELLER, Assistant Prosecutor; LARRY
FRAIL, Chief Prosecutor; RALEIGH COUNTY
COMMISSIONERS,

Defendants - Appellees.

---

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley. David A. Faber, District Judge.
(CA-96-367-5)

---

Submitted: October 15, 1996          Decided: October 30, 1996

---

Before NIEMEYER, HAMILTON, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Jamal A. Azeez, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Azeez v. Keller, No. CA-96-367-5 (S.D.W. Va. May 6, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED